THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY COGER, Appellant.

Submitted April 14, 1953; decided July 14, 1953.

*Frank R. Klein* for appellant.

*T. Vincent Quinn, District Attorney (Benjamin J. Jacobson* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.